IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAKIM NASEER, DOC #416476,

                    Plaintiff,

    v.

KELLY TRUMM (Grievance Department
Personnel), GARY BOUGHTON (Deputy Warden),
PETER HUIBREGTSE (Warden), DR. HOLM
(Chief Psychologist) and CHRISTINE
BEERKIRCHER (Grievance Department PA),

                  Defendants.

ORDER

09-cv-699-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Hakim Naseer, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He requests leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until plaintiff makes an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was submitted on November 15, 2009. His trust fund account statement should cover the six-month period beginning approximately May 15, 2009 and

1

ending approximately November 15, 2009. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until December 9, 2009, in which to submit a trust fund account statement for the period beginning May 15, 2009 and ending November 15, 2009. If, by December 9, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 17th day of November, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2