IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

v.

KELLY TRUMM (Grievance Department Personnel), GARY BOUGHTON (Deputy Warden), PETER HUIBREGTSE (Warden), DR. HOLM (Chief Psychologist) and CHRISTINE BEERKIRCHER (Grievance Department PA),

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-699-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing plaintiff's complaint with prejudice for failure to state a claim upon which relief may be granted.

_____    12/14/09
Peter Oppeneer, Clerk of Court           Date